UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIATEK USA INC., et al., <br><br> Defendants. | Case No.  14-cv-02185-BLF <br><br> **ORDER GRANTING APPLICATIONS FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br> [RE: ECF Nos. 8, 9, 10, 11, 12, 14] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The applications to appear *pro hac vice* of Robert M. Manley, Benjamin Levi, Todd M. Bellaire, Pierre J. Hubert, Steven J. Pollinger, and Christopher J. Mierzejewski are hereby granted, subject to the terms and conditions of Civil Local Rule 11-3.  All papers filed by each attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the applications will constitute notice to the party.

**IT IS SO ORDERED.**

Dated: May 28, 2014

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California