UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC,<br><br>Plaintiff,<br><br>v.<br><br>MEDIATEK INC., MEDIATEK USA INC., ACER INC., AMTRAN TECHNOLOGY CO. LTD., AMTRAN LOGISTICS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BLU PRODUCTS, INC., LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SHARP CORP., SHARP ELECTRONICS CORP., SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY EMCS, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA LOGISTICS AMERICA, INC., TPV DISPLAY TECHNOLOGY (XIAMEN) CO., LTD., TREND SMART AMERICA, LTD., TREND SMART CE MEXICO, S.R.L. DE C.V., VIZIO, INC., YAMAHA CORP., and YAMAHA CORP. OF AMERICA,<br><br>Defendants. | CASE NO. 14-cv-02185-BLF<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659; AND VACATING AUGUST 21, 2014 HEARING DATE** |

On July 11, 2014, Defendants filed a motion stay all proceedings in this case pursuant to 28 U.S.C. § 1659, pending the resolution of U.S. International Trade Commission Investigation No. 337-TA-920, instituted on June 27, 2014.

The Court concludes that this motion is appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for August 21, 2014 is VACATED.

The Court having considered the motion, and having concluded that good grounds exist for the requested relief,

**IT IS HEREBY ORDERED** that the foregoing motion is granted, and that all proceedings in this action are stayed until the determination of the United States International Trade Commission in the investigation entitled *Certain Integrated Circuits and Products Containing Same*, Investigation No. 337-TA-920, becomes final.

Dated: July 11, 2014

Hon. Beth Labson Freeman
United States District Judge
Northern District of California