McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>MEDIATEK INC., MEDIATEK USA INC., ACER INC., AMTRAN TECHNOLOGY CO. LTD., AMTRAN LOGISTICS, INC., ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BLU PRODUCTS, INC., LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SHARP CORP., SHARP ELECTRONICS CORP., SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY EMCS, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA LOGISTICS AMERICA, INC., TPV DISPLAY TECHNOLOGY (XIAMEN) CO., LTD., TREND SMART AMERICA, LTD., TREND SMART CE MEXICO, S.R.L. DE C.V., VIZIO, INC., YAMAHA CORP., and YAMAHA CORP. OF AMERICA,<br><br>   Defendants. | Case No. 5:14-cv-02185-DNH<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE |

1

[Proposed] Order- 5:14-cv-02185-BLF

The Court has read and considered the parties' Stipulated Joint Motion for Dismissal With Prejudice. In this action, Plaintiff Freescale Semiconductor, Inc. ("Freescale") brought claims for patent infringement against Defendants MediaTek Inc. and MediaTek USA Inc. (collectively "MediaTek") alleging that MediaTek makes, uses, sells, imports, and/or offers for sale certain MediaTek Products. Freescale also brought claims for patent infringement against downstream Defendants Acer Inc.; AmTRAN Technology Co. Ltd.; AmTRAN Logistics, Inc.; ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUSTeK"); BLU Products, Inc. ("BLU"); Lenovo Group Ltd.; Lenovo (United States) Inc.; Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America Inc. (collectively "Sharp"); Sony Corporation, Sony Corporation of America, Sony Electronics Inc., and Sony EMCS (Malaysia) Sdn Bhd (collectively "Sony"); Toshiba America Information Systems, Inc. and Toshiba Logistics America, Inc. (collectively "Toshiba"); TPV Display Technology (Xiamen) Co., Ltd., Trend Smart America, Ltd. and Trend Smart Ce México, S.r.l. de C.V. (collectively "TPV"); VIZIO, Inc. ("VIZIO"); and Yamaha Corporation and Yamaha Corporation of America (collectively "Yamaha") based on these Defendants' use of MediaTek Products.

The Court hereby GRANTS the stipulated dismissal of all of Freescale's claims in this action as to MediaTek Inc. and MediaTek USA Inc. with prejudice, and the stipulated dismissal of Freescale's claims as to all other Defendants with prejudice with respect to their use of MediaTek Products as defined by Freescale and MediaTek's settlement agreement, thereby dismissing with prejudice all claims alleged in the Amended Complaint. All counterclaims asserted by Lenovo (United States) Inc. are also dismissed. Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

_____, 2014

*/s/ Beth Labson Freeman*

Hon. Beth Labson Freeman
United States District Judge
Northern District of California

1017351v4

3

[Proposed] Order- 5:14-cv-02185-BLF